UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>                          Plaintiff,<br><br>             -against-<br><br>U.S. CONGRESS, *et al.*,<br><br>                          Defendants. | 20-CV-5652 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 27, 2020, denying Plaintiff's request to proceed *in forma pauperis* (IFP) and her motion for leave to file this action,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's request to proceed IFP and her motion for leave to file this action are denied.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket. Plaintiff has consented to receive electronic service of Court filings. (ECF No. 4.)

SO ORDERED.

Dated:   July 27, 2020
            New York, New York

                                                                                    _____
                                                                                         COLLEEN McMAHON
                                                                                    Chief United States District Judge